February 8, 2015

TO: Texas Court of Criminal Appeals
Clerk of the Court
P.O. Box 12308
Austin, TX 78711-2308

82,248-01

FROM: Frankie Nealy # 1714921
Ellis Unit
1697 FM 980
Huntsville, TX 77343

RE: Writ No. WR-82,248-01 Ex Parte Frankie Nealy

Dear Clerk,

On December 24, 2014, I mailed the court a Motion For Rehearing and Reconsideration on the court's own motion, under Tex. R. App. P. 79.2(d). I am making an inquiry into the status of the motion. If you could please advise me whether or not the motion has had a ruling, or if it is pending, I would greatly appreciate your assistance and notice.

I thank you for your time and attention to my request.

Respectfully,

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 13 2015

Abel Acosta, Clerk